UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

William M. Cruz

    v.                        Civil No. 13-cv-068-SM

State of New Hampshire

**O R D E R**

William M. Cruz has filed a petition for a writ of habeas corpus (doc. no. 1), an amended petition (doc. no. 5), and a motion to amend the petition (doc. no. 6). The motion to amend seeks to supplement the claims already set forth in Cruz's petition and amended petition.

The motion to amend (doc. no. 6) is granted. The court considers the factual allegations and legal arguments in the original petition (doc. no. 1), the amended petition (doc. no. 5), and the motion to amend (doc. no. 6), in the aggregate, to be the petition in this case for all purposes.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

July 17, 2013

cc: William M. Cruz, pro se

LBM:jba