**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**


William M. Cruz

    v.                                                    Civil No. 13-cv-068-SM

State of New Hampshire


**NOTICE OF RULING**

    Re:   Document No. 9, Motion to Extend Time to
          Object/Respond to Report and Recommendation

    Ruling:  Motion is granted in part and denied in part.
Motion to extend time to object to July 17, 2013, Report and
Recommendation is granted for 45 days.  Petitioner must file any
objection, other response, or further motion to extend,
demonstrating good cause for such an extension, prior to the
expiration of the 45-day period.

    The Clerk's office is directed to copy the petition (doc.
no. 1), amended petition (doc. no. 5), and the attachments to
the amended petition (doc. nos. 5-1, 5-2, 5-3, and 5-4), and to
forward those documents to petitioner without charge, as a one-
time courtesy.  Any copies of the transcript, the discovery
materials, or any specifically identified portion of those
filings, will not be provided for free, but will be provided
upon payment of fees in accordance with the normal court fee
schedule.


                                     _____
                                     Landya McCafferty
                                     United States Magistrate Judge

Date: July 30, 2013

cc: William M. Cruz, pro se